UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEATHER LAICA-BHOGE and**
**ALBERTO BHOGE,**

      **Plaintiffs,**

**v.**                        **Case No: 6:14-cv-1286-Orl-41KRS**

**ELI LILLY AND COMPANY,**

      **Defendant.**

### ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is hereby **ORDERED** that no later than fourteen (14) days from the date of this Order, Plaintiff shall show cause to the Court why this case should not be dismissed for want of prosecution pursuant to Local Rule 3.10 and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to respond may result in a dismissal without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2014.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties