| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MARK H. SCHLEIN, ESQ., SBN 0000700<br>BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.<br>12100 WILSHIRE BOULEVARD<br>SUITE 950<br>LOS ANGELES, CA  90025<br>*Telephone No:* 310-207-3233<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Middle District Of Florida, Orlando Division

*Plaintiff:* HEATHER LAICA-BHOGE AND ALBERTO BHOGE
*Defendant:* ELI LILLY AND COMPANY, A CORPORATION

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>6:14-CV-01286-CEM-KRS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT; CIVIL COVER SHEET; NOTICE OF PENDENCY OF OTHER ACTIONS; RELATED CASE ORDER AND TRACK TWO NOTICE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE; NOTICE OF PENDENCY OF RELATED ACTIONS (PURSUANT TO L.R. 1.04(d); CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

3. a. Party served: ELI LILLY AND COMPANY, A CORPORATION
   b. Person served: BJORN FLOR, PROCESS SPECIALIST, NATIONAL REGISTERED AGENTS, REGISTERED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 08, 2014 (2) at: 3:50PM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   d. **The Fee** for Service was:

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  5141
      (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Dec. 10, 2014

                                                                                    (DOUG FORREST)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                        2541165  .bauhed.666931