UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HEATHER LAICA-BHOGE and**
**ALBERTO BHOGE,**

        **Plaintiffs,**

v.                                        **Case No: 6:14-cv-1286-Orl-41KRS**

**ELI LILLY AND COMPANY,**

        **Defendant.**

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. On December 16, 2014, this Court entered an Order to Show Cause (Doc. 15) directing Plaintiffs to show cause as to why this case should not be dismissed for want of prosecution. On December 16, 2014, Plaintiffs filed their Response (Doc. 18) and Proof of Service (Doc. Nos. 16, 17) certifying that Defendant has been served in accordance with the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED** that the Order to Show Cause (Doc. 15) is hereby discharged.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2014.

                                                          CARLOS E. MENDOZA
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record