# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HEATHER LAICA-BHOGE and**
**ALBERTO BHOGE,**

      **Plaintiffs,**

**v.**                                                        **Case No:   6:14-cv-1286-Orl-41KRS**

**ELI LILLY AND COMPANY,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 31)**
>
> **FILED:**      **February 10, 2015**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

Local Rule 2.02(a) provides in relevant part as follows:

> Any attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States; outside Florida; may appear specially as counsel of record; without formal or general admission; provided, however, such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida[.]

In the present motion, Defendant requests that Michael X. Imbroscio, Esq., be granted special admission to appear in this case.  In the last 365 days, Attorney Imbroscio has been granted *pro hac vice* admission in at least three Florida cases.  *See* Doc. No. 31 ¶ 4 (Attorney

Imbroscio was granted *pro hac vice* admission in *Belcher v. Genentech, Inc.*, No. 502014CA009594XXXXMB (Fla. 11th Cir. Ct. 2014)); *Valentine v. Eli Lilly and Comp.,* No. 6:14-cv-01816-CEM-GJK, Doc. No. 23 (M.D. Fla. Feb. 11, 2015) (*pro hac vice* order); *Brotherton v. Eli Lilly and Comp.,* No. 8:14-cv-02876-JSM-TGW, Doc. No. 19 (M.D. Fla. Feb. 11, 2015) (*pro hac vice* order)). Under Florida law, "more than 3 appearances within a 365-day period in separate representations shall be presumed to be a general practice." R. Regulating Fla. Bar 1-3.10.

I recognize that the present case and the two cases in which Attorney Imbroscio has been specially admitted in the previous 365 days in this Court are related cases in that they involve representation of the same client with respect to litigation regarding the same pharmaceutical drug. Nevertheless, a query of CM/ECF reveals that, since 2012, Attorney Imbroscio has been specially admitted to practice more than 30 times in this Court as counsel for Hoffman-La Roche, Inc., in cases not related to the present case. It appears, therefore, that Attorney Imbroscio has abused the privilege of special admission by his repeated appearances in this Court.

Defendant may file a renewed motion that addresses the Court's concerns. Any renewed motion should state the date and Florida court (federal or state) in which Attorney Imbroscio has been specially admitted within the past two years and the client he represented in each case.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE