**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| HEATHER LAICA-BHOGE and ALBERTO BHOGE, | Case No.: 6:14-cv-01286-CEM-KRS |
| Plaintiffs, | Hon. Carlos E. Mendoza |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

**JOINT MOTION TO EXTEND DISCLOSURE OF EXPERT REPORTS, DISCOVERY DEADLINE, AND DISPOSITIVE MOTIONS WITHOUT CHANGING PRETRIAL DEADLINES OR THE TRIAL DATE**

Plaintiffs Heather Laica Bhoge and Alberto Bhoge and Defendant Eli Lilly and Company (hereafter collectively "the Parties"), by and through their undersigned attorneys, move this Court for an order extending the deadline to disclose expert reports, discovery, and dispositive motions without changing or extending any of the pretrial deadlines or the trial date. In support of this motion, the Parties state as follows:

1.      Pursuant to this Court's March 20, 2015 Case Management and Scheduling Order, the Parties' deadline to complete mediation is July 12, 2016. Please note that the Parties will most likely schedule mediation in May of 2016.

2.      Accordingly, the Parties have agreed to disclose expert reports *after* mediation, extending Plaintiff disclosure date to June 3, 2016; and Defendant disclosure date to July 15, 2016.

3.      Accordingly, the Parties have agreed to extend discovery deadline to August 22, 2016.

4.      Finally, the Parties have agreed to extend dispositive motions to September 23, 2016.

5.      This brief extension would not affect pretrial deadlines or the trial date within the Court's Case Management and Scheduling Order.

WHEREFORE, the Parties respectfully request that the Court allow the Parties to extend expert disclosure, discovery, and dispositive motion deadlines.

Dated:  April 1, 2016

/s/ Mark H. Schlein
Mark H. Schlein, Esq. (FL Bar No. 0000700)
mschlein@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN**
4567 Berklie Drive
Tallahasse, FL 32308


R. Brent Wisner, Esq. (*pro hac vice*)
**BAUM HEDLUND ARISTEI & GOLDMAN**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 207-4204 (fax)

*Attorneys for Plaintiffs*

/s/Scott W. Anderson  (with consent)
Scott W. Anderson
sanderson@shb.com
**SHOOK, HARDY & BACON L.L.P.**
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
Telephone: (813) 202-7100
Facsimile: (813) 221-8837

Phyllis A. Jones
pajones@cov.com
Brett Reynolds
breynolds@cov.com
Michael X Imbroscio
mimbroscio@cov.com
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, R. Brent Wisner, hereby certify that, on April 1, 2016, I electronically filed Plaintiff's **JOINT MOTION TO EXTEND DISCLOSURE OF EXPERT REPORTS, DISCOVERY DEADLINE, AND DISPOSITIVE MOTIONS WITHOUT CHANGING PRETRIAL DEADLINES OR THE TRIAL DATE** with the Clerk for the United States District Court for the Middle District of Florida, using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner