# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HEATHER LAICA-BHOGE and ALBERTO BHOGE, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, an Indiana corporation, <br><br> Defendant. | Case No. 6:14-cv-01286-CEM-KRS |

## AGREED MOTION FOR AN EXTENDED OR ADMINSTRATIVE STAY PENDING SETTLEMENT

Counsel for the parties in this matter and in the other Cymbalta personal injury withdrawal cases pending in various federal and state courts around the country have finalized a settlement framework agreement that will govern the potential settlement of Plaintiffs' claims. The parties will seek appointment of a Special Master in the California coordinated proceedings, who will evaluate medical records underlying all claims submitted for settlement, including Plaintiff's claim herein, and recommend individual settlement offers to be made by Lilly. All claimants will then have the opportunity to accept or reject their respective individual settlement offers.

Based on the timeline set forth in the settlement framework agreement, the submission and review of all Cymbalta claimants' medical records, including the formulation of individual settlement offers and the transmittal of those offers to claimants, will take approximately 250 days from this submission. Plaintiffs will then have up to 120 days to accept or reject their individual settlement offer. The parties therefore expect that they will be in a position to either dismiss or proceed with this matter by September 1, 2017.

Accordingly, the parties respectfully request that the Court place this matter on an extended or administrative stay until September 1, 2017.

Dated:  August 25, 2016

/s/*Scott W. Anderson*
David S. Johnson    FBN: 096423
ddjohnson@shb.com
Scott W. Anderson    FBN: 0738311
sanderson@shb.com
Brian T. Guthrie    FBN: 084232
bguthrie@shb.com
SHOOK, HARDY & BACON L.L.P.
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
Telephone:  (813) 202-7100
Fax:  (813) 221-8837

Phyllis A. Jones, *pro hac vice*
Michael X. Imbroscio *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
pajones@cov.com
mimbroscio@cov.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will provide notice to all attorneys of record.

*s/Scott W. Anderson*
Attorney